# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:05CR257** |
| | ) | |
| vs. | ) | <u>**ORDER OF DISMISSAL**</u> |
| | ) | |
| **2)NAVARIO SOLORIO RAMIREZ** | ) | |

**THIS MATTER** is before the Court on the Government's motion for the dismissal of the Indictment in the above-captioned case without prejudice.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the captioned indictment is hereby **DISMISSED** without prejudice.

The Clerk is directed to certify copies of this Order to the Defendant, his attorney, the United States Probation Office, and the United States Attorney's Office.

**Signed: January 4, 2006**

Lacy H. Thornburg
United States District Judge